IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BETTY CAROL HAMBY, individually and | ) | |
| as Guardian and Conservator of Cody | ) | |
| Schyler Greer, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:03-CV-875-F |
| | ) | WO |
| FIRST COLONY LIFE INSURANCE | ) | |
| COMPANY and J. H. VANOY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING SETTLEMENT

This cause is before the Court on the Defendant's Motion for Order Approving Settlement (Doc. #33), filed April 6, 2005.  The Court finds that the interests of Plaintiff Betty Carol Hamby, as Guardian and Conservator of her grandson, are aligned with the interests of her grandson, Cody Schyler Greer, such that it is not necessary to appoint a guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c). *See Burke v. Smith*, 252 F.3d 1260, 1254 (11th Cir. 2001).  Additionally, a hearing was held in this case on April 29, 2005, at 11:00 A.M. to address the fairness of the settlement to the minor child as required by Alabama law. *See id.*  Upon consideration of the Motion for Order Approving Settlement and the testimony presented at the fairness hearing, it is hereby ORDERED that

(1) the Motion for Order Approving Settlement (Doc. #33) is GRANTED:

(2) the proposed settlement in the amount of Twelve Thousand Five Hundred Dollars

($12,500.00) is APPROVED by the Court as fair, just, reasonable and in the best interest of the minor child;

(3) the Plaintiff's attorney is entitled to reasonable attorneys fees and expenses from the settlement proceeds, not to exceed Four Thousand Eight Hundred Dollars ($4,800.00);

(4) the settlement amount shall be paid in full directly to the Plaintiff on or before May 13, 2005; and

(5) the parties shall file a Joint Stipulation of Dismissal on or before May 20, 2005.

DONE this 2nd day of May, 2005.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE