IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BETTY CAROL HAMBY, individually and as Guardian and Conservator of the Estate of Cody Schyler Greer, ) ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | CASE NO. 3:03-cv-875-F WO |
| FIRST COLONY LIFE INSURANCE COMPANY, a corporation, ) ) ) | |
| Defendant. ) | |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #39) filed by the parties on May 3, 2005, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 4th day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE